UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Thomas Skurski
Donna Skurski

Chapter: 13

Case No: 05-48004-swr

Judge: Hon. Steven W. Rhodes

Debtors
_____/

## CERTIFICATE OF NO RESPONSE TO:

### FIRST APPLICATION FOR APPROVAL OF PAYMENT OF ATTORNEY FEES

Rebecca Thomas, being first duly sworn, deposes and says that I am the attorney for the above named Debtor(s); that notices were mailed out to the debtor creditors, and Trustee on **June 17, 2005,** regarding the First Application for Approval of Attorney Fees and no objections have been properly filed with the Court.

Dated: 9/25/05

/s/Rebecca L. Thomas
Rebecca L. Thomas & Associates, PLLC
Rebecca L. Thomas (P52148)
Ronald C. Liscombe
21231 Kelly Road
Eastpointe, Michigan 48021
(586) 777-2660
Rebecca@rebeccalthomas.com

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT**

FILED

2005 JUN 17 P 2: 12

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

IN RE:

Thomas Skurski
Donna Skurski

Chapter: 13

Case No: 05-48004-SWR

Judge: Hon. Steven W. Rhodes

Debtors
_____/

## PROOF OF SERVICE

Ronald Liscombe, being sworn, deposes and says that on June 17, 2005, 2005 /he served, **First Application for Approval of Payment of Attorney Fees, Proposed Order, and Notice of First Application for Approval of Payment of Attorney Fees** in said case upon the following parties by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:

**TRUSTEE:** Krispen S. Carroll, Chapter 13 Standing Trustee,
719 Griswold, 1100 Dime Building, Detroit, MI 48226

**DEBTOR(S):** Thomas and Donna Skurski, 31447 Merrily, Roseville, MI 48066

**CREDITORS:** All listed on attached matrix printed from PACER on June 16, 2005.

*Ronald C. [signature]*
REBECCA L. THOMAS & ASSOCIATES, PLLC

Label Matrix for USBC
Eastern District of Michigan
Case 05-48004-swr
Fri Jun 17 10:10:30 EDT 2005

ADT Security Services
PO Box 371490
Pittsburgh PA 15250 7490

Arrow Financial Services
5996 W Touhy Ave
Niles IL 60714

Board of Water Commissioners
PO Box 32711
Detroit MI 48232

Butelr Butler Rowse Oberle
24525 Harper Ave Suite Two
SCS MI 48080

Kenneth C. Butler II
24525 Harper Ave.
Ste. Two
St. Clair Shores, MI 48080

Capital One
PO Box 85167
Richmond VA 23285

Krispen S. Carroll
719 Griswold
1100 Dime Building
Detroit, MI 48226

Charles McKelvie
5445 Corporate Drive Suite 170
Troy MI 48098 2683

Chrysler Financial Corp
Attn: Bankruptcy Dept.
PO Box 55000, Dept. 277001
Detroit MI 48255-2770

CitiMortgage, Inc.
Attn: Bankruptcy Department
PO Box 790001, MS 301
Saint Louis MO 63179-0001

Discover Financial
PO Box 8003
Hilliard OH 43026

EZ Mini Sotrage
20055 Cornille Dr.
Roseville MI 48066

FMA Alliance LTD
11811 N Freeway Ste 900
Houston TX 77060

GM Cardmember Services
Dept 9600
Carol Stream IL 60128 9600

GMAC
2740 Arthur Street
Roseville MN 55113 1303

GMAC
Attn Bankruptcy Dept
P.O. Box 7041
Troy MI 48007-7041

GMAC Financial Services
Attn: Bankruptcy Dept.
1700 West Highway 36
Suite 510
Roseville MN 55113

GMAC Mortgage
PO Box 9001719
Louisville KY 40290-1719

GMAC Mortgage
c/o P Schneiderman
23100 Providence Drive Suite 450
Southfield MI 48075

HPC III
Legal Dept.
PO Box 4153 K
Carol Stream IL 60197 4153

HRS USA
Dept 7680
Carol Stream IL 60116 7680

Marshall Field
PO Box 1581
Minneapolis MN 55440 1581

McCalla Raymer
1544 Old Alabama Road
Roswell GA 30076

NCB Management Services
PO Box 1099
Langhorne PA 19047

NCO Financial
Legal Dept
507 Prudential Rd
Philadelphia PA 19101

NFS
600 W John St.
PO Box 9046
Hicksville NY 11802 9046

Peter M. Schneiderman
Attn: Bankruptcy Dept.
23100 Providence Drive, Ste 450
Southfield MI 48075

Providian
PO Box 9016
Pleasanton CA 94566

Research Federal Credit Union
Attn: Bankruptcy Dept.
7415 Chicago Rd.
Warren MI 48092

Steven W. Rhodes
2
211 West Fort Street
Room 1800
Detroit, MI 48226

Thomas J. Skurski
31447 Merrily
Roseville, MI 48066

Wells Fargo
26024 Ingersol Rd.
Novi MI 48375 1212

Kellie Arman Schone
Dold, Spath & McKelvie, P.C.
5445 Corporate Drive, Suite 170
Troy, MI 48098

Rebecca L. Thomas
Rebecca L. Thomas & Associates
21231 Kelly Road
Eastpointe, MI 48021

Wells Fargo
La z Boy
MAC F4032 011
PO Box 7510
Urbandale IA 50323

Donna M. Skurski
31447 Merrily
Roseville, MI 48066

U.S. Trustee
Attn: Bankruptcy Dept.
211 West Fort Street
Suite 700
Detroit MI 48226